**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**UNITED STATES OF AMERICA**

**v.**                                                                 **4:06CR4**

**ADONUS DEVON WARDRETT**

    **Defendant.**

## REPORT AND RECOMMENDATION
## CONCERNING GUILTY PLEA

    Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered a guilty plea to possession of a firearm after having been convicted of a felony, in violation of 18 U.S.C. §§ 992(g)(1) and 924(a)(2).

    Defendant was represented by retained counsel, Richard C. Kerns, Esquire.  On February 27, 2006, defendant appeared before the Court for the purpose of entering his guilty plea.  He was appropriate in appearance, responsive, and competently prepared for the hearing.

    Defendant answered all questions put to him in clear and concise language.  On those occasions when he had a question, defendant consulted with counsel and then promptly answered.  Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position.  At the close of the proceeding, defendant was remanded back to custody, pending completion of the presentence report.

    Defendant is thirty-two years of age, attended school through the eleventh grade but has not completed his GED, and speaks English as

his native language.  There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered the guilty plea pursuant to a plea agreement.  The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position.  Furthermore, he acknowledged that the statement of facts prepared in anticipation of his plea accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offense charged is supported by independent facts, establishing each of the essential elements of such offense.  Therefore, the Court recommends that the guilty plea be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

                                        **/s/**
                              **James E. Bradberry**
**Norfolk, Virginia**                    **United States Magistrate Judge**

   **February 28**  , 2006

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

    Richard C. Kerns, Esquire
    11101 Warwick Blvd.
    Newport News, VA  23601


    Jessica Norris, Esquire
    Assistant United States Attorney
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, VA 23510


                                    Elizabeth H. Paret, Clerk


                                    By _____
                                                    Deputy Clerk

                                    _____, 2006